United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Advent Air Conditioning, Inc.**<br>1560 E. Southlake Blvd.<br>Southlake, TX 76092<br>EIN: 75-1935949<br><br>**Debtor** | **Case No. 26-44777-mxm11**<br><br>**Chapter 11**<br><br>**[Subchapter V Case]** |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) DIRECTING RELEASE OF ESTATE FUNDS HELD BY PAYMENT PROCESSOR, (IV) AUTHORIZING PAYMENT OF PREPETITION WAGES, PAYROLL TAXES, AND BENEFITS, AND (V) SCHEDULING A FINAL HEARING**

The request for Motion for Expedited Hearing set for October ____, 2026, at_____**,** on *Debtor's Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing Use Of Cash Collateral, (Ii) Granting Adequate Protection, (Iii) Directing Release Of Estate Funds Held By Payment Processor, (Iv) Authorizing Payment Of Prepetition Wages, Payroll Taxes, And Benefits, And (V) Scheduling A Final Hearing* [Dkt. 6] filed by the Debtor is GRANTED. Hearing to be held before the Honorable Mark X. Mullin, via Webex at the information below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

**# # # END OF ORDER # # #**

Approved as to form:

Clayton L. Everett
Texas State Bar No. 24065212
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Phone: (817) 704-3984
clayton@norredlaw.com
Proposed Counsel for Debtor
And Debtor-in-Possession