**Debtor's Exhibit A**
**Proposed Interim Budget**

*In re Advent Air Conditioning, Inc., Case No. 26-44777-mxm11*

| | 14-Day Interim | Monthly Projection | 3-Month Projection |
|---|---|---|---|
| **Total Revenue** | **$ 73,797.26** | **$ 160,333.33** | **$ 481,000.00** |
| COGS | $ 19,057.16 | $ 41,403.94 | $ 124,211.83 |
| **Gross Profit** | **$ 54,740.10** | **$ 118,929.39** | **$ 356,788.17** |
| **Expense Category** | | | |
| Payroll | $ 30,662.36 | $ 66,617.63 | $ 199,852.90 |
| Advertising & Marketing | $ 341.82 | $ 742.65 | $ 2,227.96 |
| Auto Expenses | $ 2,063.53 | $ 4,483.27 | $ 13,449.81 |
| Bank Fees | $ 1,810.56 | $ 3,933.65 | $ 11,800.95 |
| Computer Subx/Expense | $ 1,703.88 | $ 3,701.88 | $ 11,105.64 |
| Insurance | $ 5,118.97 | $ 11,121.57 | $ 33,364.71 |
| Lease Expense | $ 616.39 | $ 1,339.17 | $ 4,017.52 |
| Rent | $ 1,265.43 | $ 2,749.29 | $ 8,247.87 |
| License & fees | $ 230.14 | $ 500.00 | $ 1,500.00 |
| Office & Supplies | $ 269.72 | $ 585.99 | $ 1,757.98 |
| Property Taxes | $ 657.81 | $ 1,429.17 | $ 4,287.51 |
| Tools | $ 24.77 | $ 53.82 | $ 161.47 |
| Training & Education | $ 9.42 | $ 20.47 | $ 61.42 |
| Travel Expenses | $ 460.27 | $ 1,000.00 | $ 3,000.00 |
| Uniforms | $ 27.61 | $ 59.99 | $ 179.97 |
| Utilities | $ 978.82 | $ 2,126.61 | $ 6,379.82 |
| Accounting & Bookkeeping | $ 2,381.98 | $ 5,175.14 | $ 15,525.41 |
| **Total Operating Expenses** | **$ 48,623.49** | **$ 105,640.32** | **$ 316,920.96** |
| **Net Operating Income** | **$ 6,116.61** | **$ 13,289.07** | **$ 39,867.21** |
| **Chapter 11 Items** | | | |
| Past-Due Payroll Tax Deposits (to be paid under plan) | $ - | $ - | $ - |
| Subchapter V Trustee Carve-Out | $ 460.27 | $ 1,000.00 | $ 3,000.00 |
| **Net Cash Flow** | **$ 5,656.34** | **$ 12,289.07** | **$ 36,867.21** |

*Notes: Revenue and COGS from the Debtor's 13-week cash flow projection. Payroll from the Debtor's Paylocity register and includes all current payroll taxes, deposited weekly through Paylocity. Other categories are based on the Debtor's 2026 year-to-date profit and loss, stated as a monthly run rate, with travel and license costs adjusted to exclude discretionary and one-time items. Past-due prepetition payroll taxes will be paid under the plan. No payments to merchant cash advance funders. Funds released by Stripe/Housecall Pro are accounted for separately in the Debtor's books and are not included as revenue.*