NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Advent Air Conditioning, Inc.

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Advent Air Conditioning, Inc.**<br>1560 E. Southlake Blvd.<br>Southlake, TX 76092<br>EIN: 75-1935949<br><br>**Debtor** | **Case No. 26-44777-mxm11**<br><br>**Chapter 11**<br><br>**Subchapter V Case**<br><br>**Expedited Hearing:**<br>**October 29, 2026, at 11:00am** |

**NOTICE OF HEARING**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on *Debtor's Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing Use Of Cash Collateral, (Ii) Granting Adequate Protection, (Iii) Directing Release Of Estate Funds Held By Payment Processor, (Iv) Authorizing Payment of Prepetition Wages, Payroll Taxes, And Benefits, And (V) Scheduling A Final Hearing* [Dkt. 6], has been set for **Thursday, October 29, 2026, at 11:00 a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, via WebEx, information below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

DATE: October 28, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Proposed Counsel for Debtor
and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I certify that on October 28, 2026, a true and correct copy of this Notice was served through the Court's CM/ECF system on all registered parties and by email on the United States Trustee, the United States Attorney, known secured creditors, affected parties, the Debtor's twenty largest unsecured creditors, and their known counsel, at the addresses available to the Debtor and identified on the attached service list.

Additionally, service by first-class mail, or certified mail where required, was made on applicable creditors and governmental entities at the addresses identified on the attached service list, in accordance with Bankruptcy Rules 7004 and 9014.

By: __/s/ Clayton L. Everett____