# Pre Process Payroll Register

Check Date: 10/30/2026



Advent Air Conditioning Inc. [redacted]

Pay Period: 10/19/2026 through 10/25/2026

**This batch does not contain any 'Negative Net Checks."**

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Calderon** [redacted] L[redacted] | REG | Reg | 40.0000 | 24.00 | 960.00 | FITW | Federal Income | M-2200.00 | 960.00 | 30.97 | LIFE | Life | 4.82 | Type | Regular |
| EmpId [redacted] | | | | | | MED | Medicare | | 960.00 | 13.92 | | | | Tax Freq | (W) Weekly |
| Badge Not Listed | | | | | | SS | OASDI | | 960.00 | 59.52 | | | | Chk Date | 10/23/2026 |
| Rate 24.00 | | | | | | TX | Texas SITW | | 960.00 | | | | | Net | 850.77 |
| Freq (W) Weekly | | | | | | | | | | | | | | Dir Dep | 850.77 |
| | | | | | | | | | | | | | | Chk | 0.00 |
| | **Totals** | | **40.0000** | | **960.00** | **Totals** | | | | **104.41** | **Totals** | | **4.82** | | |

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Douglas, J**[redacted] | REG | Reg | 40.0000 | 96.15 | 3,846.16 | FITW | Federal Income | M-4500.00 | 3,678.03 | 383.01 | ACCPR | ACCPR | 14.37 | Type | Regular |
| EmpId [redacted] | HSA-R | HSA-R | | | 6.73 | MED | Medicare | | 3,678.03 | 53.33 | HSA | HSA | 153.76 | Tax Freq | (W) Weekly |
| Badge | | | | | | SS | OASDI | | 3,678.03 | 228.04 | | | | Chk Date | 10/23/2026 |
| Salary 3846.16 | | | | | | TX | Texas SITW | | 3,678.03 | | | | | Net | 3,013.65 |
| Rate 96.15 | | | | | | | | | | | | | | Dir Dep | 3,013.65 |
| Freq (W) Weekly | | | | | | | | | | | | | | Chk | 0.00 |
| | **Totals** | | **40.0000** | | **3,846.16** | **Totals** | | | | **664.38** | **Totals** | | **168.13** | | |

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Douglas, M**[redacted] | REG | Reg | 20.0000 | 38.47 | 769.30 | FITW | Federal Income | M-0 | 769.30 | 39.81 | | | | Type | Regular |
| EmpId [redacted] | | | | | | MED | Medicare | | 769.30 | 11.15 | | | | Tax Freq | (W) Weekly |
| Badge | | | | | | SS | OASDI | | 769.30 | 47.70 | | | | Chk Date | 10/23/2026 |
| Rate 38.47 | | | | | | TX | Texas SITW | | 769.30 | | | | | Net | 670.64 |
| Freq (W) Weekly | | | | | | | | | | | | | | Dir Dep | 670.64 |
| | | | | | | | | | | | | | | Chk | 0.00 |
| | **Totals** | | **20.0000** | | **769.30** | **Totals** | | | | **98.66** | **Totals** | | **0.00** | | |

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Garcia, S**[redacted] | REG | Reg | 34.0000 | 28.85 | 980.10 | FITW | Federal Income | M-2200.00 | 1,153.20 | 54.15 | | | | Type | Regular |
| EmpId [redacted] | PTO | PTO | 6.0000 | 28.85 | 173.10 | MED | Medicare | | 1,153.20 | 16.72 | | | | Tax Freq | (W) Weekly |
| Badge Not Listed | | | | | | SS | OASDI | | 1,153.20 | 71.50 | | | | Chk Date | 10/23/2026 |
| Salary 1153.20 | | | | | | TX | Texas SITW | | 1,153.20 | | | | | Net | 1,010.83 |
| Rate 28.85 | | | | | | | | | | | | | | Dir Dep | 1,010.83 |
| Freq (W) Weekly | | | | | | | | | | | | | | Chk | 0.00 |
| | **Totals** | | **40.0000** | | **1,153.20** | **Totals** | | | | **142.37** | **Totals** | | **0.00** | | |

| Employee | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gonzales, J**[redacted] | REG | Reg | 38.3333 | 22.00 | 843.33 | FITW | Federal Income | S-0.00 | 644.70 | 35.44 | DNT | DNT | 13.09 | Type | Regular |
| EmpId [redacted] | | | | | | MED | Medicare | | 644.70 | 9.35 | HOS | HOS | 12.87 | Tax Freq | (W) Weekly |
| Badge Not Listed | | | | | | SS | OASDI | | 644.70 | 39.97 | MEDCL | MEDCL | 169.08 | Chk Date | 10/23/2026 |
| Rate 22.00 | | | | | | TX | Texas SITW | | 644.70 | | VIS | VIS | 3.59 | Net | 559.94 |
| Freq (W) Weekly | | | | | | | | | | | | | | Dir Dep | 559.94 |
| | | | | | | | | | | | | | | Chk | 0.00 |
| | **Totals** | | **38.3333** | | **843.33** | **Totals** | | | | **84.76** | **Totals** | | **198.63** | | |

# Pre Process Payroll Register

Check Date: 10/30/2026



Advent Air Conditioning Inc. [redacted]

Pay Period: 10/19/2026 through 10/25/2026

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hughes, Q[redacted]** | | REG | Reg | 35.6833 | 28.00 | 999.13 | FITW | Federal Income | M-0.00 | 999.13 | 37.99 | | | | Type | Regular |
| [redacted] | | | | | | | MED | Medicare | | 999.13 | 14.49 | | | | Tax Freq | (W) Weekly |
| EmpId | [redacted] | | | | | | SS | OASDI | | 999.13 | 61.95 | | | | Chk Date | 10/23/2026 |
| Badge | Not Listed | | | | | | TX | Texas SITW | | 999.13 | | | | | Net | 884.70 |
| Rate | 28.00 | | | | | | | | | | | | | | Dir Dep | 884.70 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **35.6833** | | **999.13** | **Totals** | | | | **114.43** | **Totals** | | **0.00** | | |
| **Jones, J[redacted]** | | REG | Reg | 40.0000 | 28.00 | 1,120.00 | FITW | Federal Income | S-0.00 | 1,327.20 | 122.18 | | | | Type | Regular |
| EmpId | [redacted] | OT | OT | 4.9333 | 42.00 | 207.20 | MED | Medicare | | 1,327.20 | 19.24 | | | | Tax Freq | (W) Weekly |
| Badge | Not Listed | | | | | | SS | OASDI | | 1,327.20 | 82.29 | | | | Chk Date | 10/23/2026 |
| Rate | 28.00 | | | | | | TX | Texas SITW | | 1,327.20 | | | | | Net | 1,103.49 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Dir Dep | 1,103.49 |
| | | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **44.9333** | | **1,327.20** | **Totals** | | | | **223.71** | **Totals** | | **0.00** | | |
| **McCurry, P[redacted]** | | REG | Reg | 20.2667 | 28.00 | 567.47 | FITW | Federal Income | S-4400.00 | 365.52 | | CHLD1 | Chld Supt | 128.08 | Type | Regular |
| [redacted] | | | | | | | MED | Medicare | | 365.52 | 5.30 | DNT | DNT | 14.28 | Tax Freq | (W) Weekly |
| EmpId | [redacted] | | | | | | SS | OASDI | | 365.52 | 22.66 | HSA | HSA | 50.00 | Chk Date | 10/23/2026 |
| Badge | Not Listed | | | | | | TX | Texas SITW | | 365.52 | | LIFE | Life | 3.95 | Net | 205.53 |
| Rate | 28.00 | | | | | | | | | | | MEDCL | MEDCL | 137.67 | Dir Dep | 205.53 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **20.2667** | | **567.47** | **Totals** | | | | **27.96** | **Totals** | | **333.98** | | |
| **Shotwell, C[redacted]** | | REG | Reg | 35.8667 | 30.00 | 1,076.00 | FITW | Federal Income | S-0.00 | 1,041.65 | 98.07 | DNT | DNT | 4.39 | Type | Regular |
| EmpId | [redacted] | | | | | | MED | Medicare | | 1,041.65 | 15.10 | MEDCL | MEDCL | 28.17 | Tax Freq | (W) Weekly |
| Badge | Not Listed | | | | | | SS | OASDI | | 1,041.65 | 64.58 | VIS | VIS | 1.79 | Chk Date | 10/23/2026 |
| Rate | 30.00 | | | | | | TX | Texas SITW | | 1,041.65 | | | | | Net | 863.90 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Dir Dep | 863.90 |
| | | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **35.8667** | | **1,076.00** | **Totals** | | | | **177.75** | **Totals** | | **34.35** | | |
| **Thompson, B[redacted]** | | REG | Reg | 24.0000 | 36.10 | 866.40 | FITW | Federal Income | S-4000.00 | 850.45 | | ACCPR | ACCPR | 6.21 | Type | Regular |
| [redacted] | | | | | | | MED | Medicare | | 850.45 | 12.33 | CNCRP | CNCPR | 9.74 | Tax Freq | (W) Weekly |
| EmpId | [redacted] | | | | | | SS | OASDI | | 850.45 | 52.73 | LIFE | Life | 5.48 | Chk Date | 10/23/2026 |
| Badge | | | | | | | TX | Texas SITW | | 850.45 | | | | | Net | 779.91 |
| Rate | 36.10 | | | | | | | | | | | | | | Dir Dep | 779.91 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **24.0000** | | **866.40** | **Totals** | | | | **65.06** | **Totals** | | **21.43** | | |

# Pre Process Payroll Register

Check Date: 10/30/2026



Advent Air Conditioning Inc. [redacted]

Pay Period: 10/19/2026 through 10/25/2026

**Treadaway, P[redacted]**
[redacted]

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EmpId | [redacted] | REG | Reg | 40.0000 | 40.87 | 1,634.62 | FITW | Federal Income | S-0.00 | 1,593.16 | 180.69 | ACCPR | ACCPR | 7.11 | Type | Regular |
| Badge | Not Listed | | | | | | MED | Medicare | | 1,593.16 | 23.10 | DNT | DNT | 4.39 | Tax Freq | (W) Weekly |
| Salary | 1634.62 | | | | | | SS | OASDI | | 1,593.16 | 98.78 | MEDCL | MEDCL | 28.17 | Chk Date | 10/23/2026 |
| Rate | 40.87 | | | | | | TX | Texas SITW | | 1,593.16 | | VIS | VIS | 1.79 | Net | 1,290.59 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Dir Dep | 1,290.59 |
| | | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **40.0000** | | **1,634.62** | **Totals** | | | | **302.57** | **Totals** | | **41.46** | | |

**Wikel, M[redacted]**
[redacted]

| Employee | | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EmpId | [redacted] | REG | Reg | 40.0000 | 7.21 | 288.46 | FITW | Federal Income | M-4 | 236.07 | | 401K | 401K | 2.88 | Type | Regular |
| Badge | | | | | | | MED | Medicare | | 238.95 | 3.46 | ACCPR | ACCPR | 15.51 | Tax Freq | (W) Weekly |
| Salary | 288.46 | | | | | | SS | OASDI | | 238.95 | 14.81 | CNCRP | CNCPR | 16.96 | Chk Date | 10/23/2026 |
| Rate | 7.21 | | | | | | TX | Texas SITW | | 236.07 | | CRILL | CRILL | 17.04 | Net | 217.80 |
| Freq | (W) Weekly | | | | | | | | | | | | | | Dir Dep | 217.80 |
| | | | | | | | | | | | | | | | Chk | 0.00 |
| | | **Totals** | | **40.0000** | | **288.46** | **Totals** | | | | **18.27** | **Totals** | | **52.39** | | |

## Totals for [redacted]

| | | Code | Earning | Hours | Amount | Code | Tax | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 12 | REG | Reg | 408.1500 | 13,950.97 | FITW | Federal Income Tax | 13,618.41 | 982.31 | 401K | 401K | 2.88 | Net | 11,451.75 |
| Chks/Vchrs | 12 | OT | OT | 4.9333 | 207.20 | MED | Medicare | 13,621.29 | 197.49 | ACCPR | ACCPR | 43.20 | Dir Dep | 11,451.75 |
| | | HSA-R | HSA-R | | 6.73 | SS | OASDI | 13,621.29 | 844.53 | CHLD1 | Chld Supt | 128.08 | Chk | 0.00 |
| | | PTO | PTO | 6.0000 | 173.10 | TX | Texas SITW | 13,618.41 | | CNCRP | CNCPR | 26.70 | | |
| | | | | | | | | | | CRILL | CRILL | 17.04 | | |
| | | | | | | | | | | DNT | DNT | 36.15 | | |
| | | | | | | | | | | HOS | HOS | 12.87 | | |
| | | | | | | | | | | HSA | HSA | 203.76 | | |
| | | | | | | | | | | LIFE | Life | 14.25 | | |
| | | | | | | | | | | MEDCL | MEDCL | 363.09 | | |
| | | | | | | | | | | VIS | VIS | 7.17 | | |
| | | **Totals** | | **419.0833** | **14,331.27** | **Totals** | | | **2,024.33** | **Totals** | | **855.19** | | |

****Disclaimer**** **Register Prior to Processing (Preprocess Register)**

This report is intended solely for the information and use of authorized payroll personnel as a final review and balancing tool prior to the submission of a payroll for final processing. It does not reflect final processing results and should not be used to update company financial records, fund bank accounts or make tax payments.

[redacted] [redacted]