United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Susan Hersh
for the United States Trustee
SBOT 09543925
susan.hersh@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ADVENT AIR CONDITIONING, INC.** | § | **CASE NO. 26-44777-MXM-11 (V)** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Frances A. Smith
Offit Kurman
700 N. Pearl St., Suite 1610
Dallas, TX 75201
Phone: (214) 337-7879
Email: frances.smith@offitkurman.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: November 2, 2026

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6

*/s/ Susan Hersh*
Trial Attorney
Texas State Bar No. 09543925
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1073
susan.hersh@usdoj.gov

**Certificate of Service**

I certify that a copy of this document was served on the date it was filed, via the Court's CM/ECF system on all parties requesting such service in this case and by First Class United States Mail, postage prepaid, to the Debtor and each party listed on the matrix on file that day.

*/s/ Susan Hersh*

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
Susan B. Hersh,
for the United States Trustee
susan.hersh@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CHAPTER 11** |
| **ADVENT AIR CONDITIONING.** | § | **(Subchapter V)** |
| **INC.,** | § | |
| | § | **CASE NO. 26-44777-MXM** |
| **Debtor.** | § | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $475.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated: October 30, 2026

**OFFIT KURMAN**

By: /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**