# Advent Air Conditioning Inc.

## Balance Sheet

### As of Nov 3, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | $25,032.39 |
| Fixed Assets | $7,092.44 |
| Other Assets | $70,807.95 |
| **Total Assets** | **$102,932.78** |
| Liabilities and Equity | |
| Liabilities | $1,757,743.31 |
| Equity | -$1,654,810.53 |
| **Total Liabilities and Equity** | **$102,932.78** |