# Advent Air Conditioning Inc.

## Statement of Cash Flows

### October 1-November 3, 2026

| Account Name | Total |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 10,344.72 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1200 Accounts Receivable | 8,463.06 |
| 2100 Accounts Payable | -15,908.79 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$7,445.73** |
| **Net cash provided by operating activities** | **$2,898.99** |
| **NET CASH INCREASE FOR PERIOD** | **$2,898.99** |
| **Cash at beginning of period** | **$22,133.40** |
| **CASH AT END OF PERIOD** | **$25,032.39** |

Tuesday, November 03, 2026 03:31 PM GMT-06:00