**ADVENT AIR CONDITIONING**

CONFIDENTIAL

# Profit & Loss

## Yearly | 01/01/2026 to 12/31/2026

| | 2026 | Total |
|---|---|---|
| **Revenue** | | |
| Service Income | 1,609,007.57 | 1,609,007.57 |
| **Total Revenue** | **$1,609,007.57** | **$1,609,007.57** |
| | | |
| **Cost of Services/Goods Sold** | | |
| Materials & Supplies | 406,306.05 | 406,306.05 |
| Direct Labor | | |
| Payroll Expenses: Subcontractors | 20,350.00 | 20,350.00 |
| **Total Direct Labor** | **$20,350.00** | **$20,350.00** |
| Equipment Rental | 564.98 | 564.98 |
| Dump Fees | 3,507.33 | 3,507.33 |
| **Total Cost of Services/Goods Sold** | **$430,728.36** | **$430,728.36** |
| | | |
| **Gross Profit** | **$1,178,279.21** | **$1,178,279.21** |
| **Profit Margin** | **73.23%** | **73.23%** |
| | | |
| **Expenses** | | |
| Advertising Expense | 7,307.72 | 7,307.72 |
| Automobile Expense | | |
| Auto - Lease Expense | 13,177.48 | 13,177.48 |
| Auto - Fuel & Gas | 32,529.69 | 32,529.69 |
| Auto - Repairs & Maintenance | 2,195.44 | 2,195.44 |
| Auto - Parking & Tolls | 9,390.26 | 9,390.26 |
| Auto - Insurance | 13,542.78 | 13,542.78 |
| **Total Automobile Expense** | **$70,835.65** | **$70,835.65** |
| Bank Charges & Fees | | |
| Bank Service Charges | 3,360.27 | 3,360.27 |
| Merchant Processing Fees | 35,346.85 | 35,346.85 |
| **Total Bank Charges & Fees** | **$38,707.12** | **$38,707.12** |
| Charitable Contributions | 2,562.50 | 2,562.50 |
| Insurance Expense (General) | 95,893.48 | 95,893.48 |
| Licenses & Taxes | 27,334.23 | 27,334.23 |
| Meals Expense | | |
| Meals: Business | 3,277.73 | 3,277.73 |

| | | |
|---|---|---|
| Meals: Company Events | 6,775.95 | 6,775.95 |
| **Total Meals Expense** | **$10,053.68** | **$10,053.68** |
| Office Expense | 5,135.14 | 5,135.14 |
| Technology & Software | 36,426.51 | 36,426.51 |
| Shipping & Postage | 631.05 | 631.05 |
| Small Tools & Equipment | 529.61 | 529.61 |
| Uncategorized Expense | 601,319.41 | 601,319.41 |
| Uniforms Expense | 590.29 | 590.29 |
| Payroll Expenses | | |
| Payroll Expense - Wages | 71,853.67 | 71,853.67 |
| Payroll - Admin Salaries & Wages | 5,751.12 | 5,751.12 |
| Payroll - Tax | 9,168.57 | 9,168.57 |
| Payroll - Benefits | 442.90 | 442.90 |
| **Total Payroll Expenses** | **$87,216.26** | **$87,216.26** |
| Professional Services | 50,923.36 | 50,923.36 |
| Rent or Lease Expense | 27,053.01 | 27,053.01 |
| Training & Education Expense | 201.47 | 201.47 |
| Travel & Lodging Expense | 73,470.14 | 73,470.14 |
| Utilities Expense | 20,925.80 | 20,925.80 |
| **Total Expenses** | **$1,157,116.43** | **$1,157,116.43** |
| | | |
| **Net Operating Income** | **$21,162.78** | **$21,162.78** |
| **Operating Margin** | **1.32%** | **1.32%** |
| | | |
| **Other Income** | | |
| Uncategorized Income | 137,004.36 | 137,004.36 |
| **Total Other Income** | **$137,004.36** | **$137,004.36** |
| | | |
| **Net Income** | **$158,167.14** | **$158,167.14** |



GENERATED ON 10/26/2026 AT 1:35:39 PM BY JARED DOUGLAS. PARAMETER(S): DATES: 01/01/2026 TO 12/31/2026