Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>Advent Air Conditioning, Inc.,<br><br>Debtor. | Case No. 26-44777-mxm11<br><br>Chapter 11 (Subchapter V) |

**DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Advent Air Conditioning, Inc. ("Debtor"), the debtor in the above-captioned proceeding, respectfully files this Motion for Extension of Time to File Schedules, Statements, and Other Required Documents ("Motion"), and in support thereof respectfully shows the Court as follows:

I. BACKGROUND AND JURISDICTION

1. On October 27, 2026 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 11 (Subchapter V) of Title 11 of the United States Code (the "Bankruptcy Code") (Dkt. No. 1).

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Along with its voluntary petition, Debtor filed its List of Creditors Holding 20 Largest Unsecured Claims, Creditor Matrix, Corporate Ownership Statement, and Attorney Compensation Disclosure (Dkt. No. 1).

4. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1, Debtor's Schedules of Assets and Liabilities (Official Forms 206A/B–206H), Summary of Assets and Liabilities, Statement of Financial Affairs (Official Form 207), and other required documents (collectively, the "Required Documents") are currently due on November 10, 2026 (14 days from the Petition Date).

## II. GROUNDS FOR RELIEF

5. Debtor operates an active commercial and residential air conditioning business with numerous financial accounts, vendor relationships, and ongoing operational commitments.

6. Debtor and its accounting personnel are compiling and reconciling extensive financial records, accounts receivable and payable, and contractual relationships to ensure complete accuracy across all required schedules and statements.

7. Additional time is needed for Debtor's management and counsel to finalize, review, and execute the final Required Documents and accompanying declarations.

8. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1, the Court may, for cause, extend the time for filing schedules and statements.

9. Debtor requests a fourteen (14) day extension of time, through and including **November 24, 2026**, to complete and file the Required Documents.

10. This Motion is made in good faith, not for purposes of delay, and the requested extension will not prejudice creditors, the Subchapter V Trustee, the United States Trustee, or the administration of this estate.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court enter an order granting this Motion, extending Debtor's deadline to file the Required Documents through and including **November 24, 2026**, and granting Debtor such other and further relief to which it may be justly entitled.

DATED: November 9, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system, including the Office of the United States Trustee and the Subchapter V Trustee.

/s/ Clayton L. Everett
Clayton L. Everett