UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>Advent Air Conditioning, Inc.,<br><br>Debtor. | Case No. 26-44777-mxm11<br><br>Chapter 11 (Subchapter V) |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

CAME ON for consideration the Debtor's *Motion for Extension of Time to File Schedules, Statements, and Other Required Documents* (the "Motion") filed by Advent Air Conditioning, Inc. ("Debtor"). The Court, having considered the Motion and finding that cause exists for the requested extension pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the deadline for Debtor to file its schedules, statements, and other Required Documents is extended through and including **November 24, 2026.**

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: (817) 524-6686
Attorney for Debtor