UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS (FT. WORTH)

| | | |
|---|---|---|
| In re: | ) | Case No. 26-44777-mxm11 |
| Advent Air Conditioning, Inc. | ) | Chapter 11 |
| | ) | Judge Mark X. Mullin |
| Debtor(s). | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Alan C. Hochheiser and Katie C. Petro of Maurice Wutscher LLP, 23366 Commerce Park Road, Suite 210, Beachwood, OH 44122, have been retained as Attorneys for AmTrust North America, Inc. in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorneys as Attorneys of Record.

Respectfully submitted,

MAURICE WUTSCHER, LLP

/s/ Alan C. Hochheiser

Alan C. Hochheiser
Ohio Bar No. 0041222
23366 Commerce Park Road, Suite 210
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com
*Counsel for AmTrust North America, Inc.*

/s/ Katie C. Petro

Katie C. Petro
Ohio Bar No. 106758
23366 Commerce Park Road, Suite 210
Beachwood, OH 44122
Telephone: (216) 294-4271
Facsimile: (216) 472-8510
Email: kpetro@mauricewutscher.com
*Counsel for AmTrust North America, Inc.*

## CERTIFICATE OF SERVICE

I, Alan C. Hochheiser, do hereby certify that on November 12, 2026, copies of the foregoing pleading were served upon the following parties via ECF:

| | |
|---|---|
| Clayton Everett<br>515 E. Border St., Ste 163<br>Arlington, TX 76010 | Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202 | |

Date: November 12, 2026

/s/ Alan C. Hochheiser

Alan C. Hochheiser
Ohio Bar No. 0041222
Maurice Wutscher LLP
23366 Commerce Park Road, Suite 210
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com
*Counsel for AmTrust North America, Inc.*

/s/ Katie C. Petro

Katie C. Petro
Ohio Bar No. 106758
23366 Commerce Park Road, Suite 210
Beachwood, OH 44122
Telephone: (216) 294-4271
Facsimile: (216) 472-8510
Email: kpetro@mauricewutscher.com
*Counsel for AmTrust North America, Inc.*