**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-44777 – mxm11** |
| **ADVENT AIR CONDITIONING, INC** | **CHAPTER 11** |
| **DEBTOR** | **SUBCHAPTER V CASE** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

Notice is hereby given that Lori A. Shaw, of Fulton Jeang PLLC., 633 E. Mockingbird Ln., Suite 147-2191, Dallas, TX 75214 will appear as counsel for NLSV LLC in the above-entitled case and requests that service of notices, communications, pleadings and other documents be made upon this attorney of record.

Dated: November 16, 2026

Respectfully submitted,

**FULTON JEANG, PLLC**

By: */s/* Lori A. Shaw

Lori A. Shaw
Texas Bar No. 09729050
LShaw(at)fultonjeang(dot)com
633 E. Mockingbird Ln.
Suite 147-2191
Dallas, TX 75214
(214) 937-0443 Cell
***Attorneys for NLSV LLC***

CERTIFICATE OF SERVICE

I, Lori A. Shaw, do hereby certify that I have served a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents on the following parties and to those parties listed on the Court's Notice of Electronic Filing, on November 16, 2026 by CM/ECF Electronic Notification:

Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010

David G. Adams
DOJ Tax
1700 Pacific Ave., Suite 3700
Dallas, TX 75201-4617

Jessica L. Cousineau
McCreary Veselka Bragg @ Allen, PC,
Attorneys at Law
PO Box 1269
Round Rock TX 78680-1269

Aland C. Hochheiser
Maurice Wutscher LLP
2336 Commerce Park, Suite 210
Beechwood, OH 44122

Katie C. Petro
Maurice Wutscher LLP
2336 Commerce Park, Suite 210
Beechwood, OH 44122

Frances A. Smith,
Chapter 11 Trustee
Offit Kurman
700 N. Pearl Street, Suite 1610
Dallas, TX 57201

Date: November 16, 2026

By: */s/* Lori A. Shaw

Lori A. Shaw
Texas Bar No. 09729050
LShaw(at)fultonjeang(dot)com
633 E. Mockingbird Ln.
Suite 147-2191
Dallas, TX 75214
(214) 937-0443 Cell
***Attorneys for NLSV LLC***