United States Bankruptcy Court

Northern District of Texas

In re:
Advent Air Conditioning, Inc.
AmTrust North America, Inc.
Debtors

Case No. 26-44777-mxm
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Nov 16, 2026 Form ID: pdf012 Total Noticed: 5

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Advent Air Conditioning, Inc., 1560 E. Southlake Blvd., Southlake, TX 76092-6456 |
| cr | + | NLSV LLC, PO Box 3203, Coppell, TX 75019, UNITED STATES 75019-4293 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| intpmp | + | Email/Text: arlegal@amtrustgroup.com | Nov 16 2026 21:08:00 | AmTrust North America, Inc., 800 Superior Avenue, Cleveland, OH 44114-2613 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 16 2026 21:08:00 | Lewisville ISD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: jessica.cousineau@mvbalaw.com | Nov 16 2026 21:07:00 | The County of Denton, Texas, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Alan Craig Hochheiser | on behalf of Interested Party mp AmTrust North America Inc. ahochheiser@mauricewutscher.com |
| Clayton Everett | on behalf of Debtor Advent Air Conditioning Inc. clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David G. Adams | on behalf of Creditor United States Of America Internal Revenue Service david.g.adams@usdoj.gov southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Frances A. Smith | on behalf of Trustee Frances A. Smith (SBRA V) frances.smith@offitkurman.com michael.coulombe@offitkurman.com;cfas11@trustesolutions.net |
| Frances A. Smith (SBRA V) | frances.smith@judithwross.com |
| Jessica L Cousineau | on behalf of Creditor The County of Denton Texas jessica.cousineau@mvbalaw.com, juanie.montalvo@mvbalaw.com;karla.alexander@mvbalaw.com |
| John Kendrick Turner | on behalf of Creditor Lewisville ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Lori A Shaw | on behalf of Creditor NLSV LLC lshaw@fultonjeang.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 9

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 16, 2026**

**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>Advent Air Conditioning, Inc.,<br><br>Debtor. | Case No. 26-44777-mxm11<br><br>Chapter 11 (Subchapter V) |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

CAME ON for consideration the Debtor's *Motion for Extension of Time to File Schedules, Statements, and Other Required Documents* (the "Motion") filed by Advent Air Conditioning, Inc. ("Debtor"). The Court, having considered the Motion and finding that cause exists for the requested extension pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the deadline for Debtor to file its schedules, statements, and other Required Documents is extended through and including **November 24, 2026.**

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: (817) 524-6686
Attorney for Debtor