**Debtor's Exhibit A**
**Proposed Final Budget**

*In re Advent Air Conditioning, Inc., Case No. 26-44777-mxm11*

| | 14-Day Interim | Monthly Projection | 3-Month Projection |
|---|---|---|---|
| **Total Revenue** | **$ 77,786.30** | **$ 169,000.00** | **$ 507,000.00** |
| COGS | $ 19,057.16 | $ 41,403.94 | $ 124,211.83 |
| **Gross Profit** | **$ 58,729.14** | **$ 127,596.06** | **$ 382,788.17** |
| **Expense Category** | | | |
| Payroll | $ 32,656.88 | $ 70,950.97 | $ 212,852.90 |
| Advertising & Marketing | $ 341.82 | $ 742.65 | $ 2,227.96 |
| Auto Expenses | $ 1,841.10 | $ 4,000.00 | $ 12,000.00 |
| Bank Fees | $ 1,810.56 | $ 3,933.65 | $ 11,800.95 |
| Computer Subx/Expense | $ 690.41 | $ 1,500.00 | $ 4,500.00 |
| Insurance | $ 5,004.10 | $ 10,872.00 | $ 32,616.00 |
| Lease Expense | $ 7,509.37 | $ 16,315.00 | $ 48,945.00 |
| Rent | $ 1,873.32 | $ 4,070.00 | $ 12,210.00 |
| License & fees | $ 230.14 | $ 500.00 | $ 1,500.00 |
| Office & Supplies | $ 269.72 | $ 585.99 | $ 1,757.98 |
| Property Taxes | $ 115.07 | $ 250.00 | $ 750.00 |
| Tools | $ 24.77 | $ 53.82 | $ 161.47 |
| Training & Education | $ 9.42 | $ 20.47 | $ 61.42 |
| Travel Expenses | $ 552.33 | $ 1,200.00 | $ 3,600.00 |
| Uniforms | $ 345.21 | $ 750.00 | $ 2,250.00 |
| Utilities | $ 345.21 | $ 750.00 | $ 2,250.00 |
| Accounting & Bookkeeping | $ 230.14 | $ 500.00 | $ 1,500.00 |
| **Total Operating Expenses** | **$ 53,849.55** | **$ 116,994.56** | **$ 350,983.69** |
| **Net Operating Income** | **$ 4,879.59** | **$ 10,601.49** | **$ 31,804.48** |
| **Chapter 11 Items** | | | |
| Past-Due Payroll Tax Deposits (to be paid under plan) | $ - | $ - | $ - |
| Subchapter V Trustee Carve-Out | $ 460.27 | $ 1,000.00 | $ 3,000.00 |
| **Net Cash Flow** | **$ 4,419.32** | **$ 9,601.49** | **$ 28,804.48** |

*Notes: Revenue and payroll reflect the Debtor's current weekly figures (11/20/2026); COGS from the Debtor's 13-week cash flow projection. Payroll is from the Debtor's Paylocity register and includes all current payroll taxes, deposited weekly through Paylocity. Truck rental, rent (including storage units), auto, computer, insurance, property tax, travel, uniform, utility, and accounting lines reflect the Debtor's updated monthly amounts; other categories are the 2026 year-to-date P&L run rate. Past-due prepetition payroll taxes will be paid under the plan. No payments to merchant cash advance funders. Funds released by Stripe/Housecall Pro are accounted for separately in the Debtor's books and are not included as revenue.*