Fill in this information to identify the case:

Debtor Name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (If known): **26-44777-11**

❑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Texas 4948** | **Checking account** | **4 9 4 8** | **$33.21** |
| 3.2. | **American National Bank & Trust 6503** | **Checking account** | **4 5 0 3** | **$9,293.98** |
| 3.3. | **American National Bank & Trust 4481** | **Checking account** | **4 4 8 1** | **$221.52** |
| 3.4. | **Bank of Texas 3118** | **Checking account** | **3 1 1 8** | **$11.00** |
| 3.5. | **Bank of Texas 3140** | **Checking account** | **3 1 4 0** | **$173.71** |
| 3.6. | **Bank of Texas 3151** | **Checking account** | **3 1 5 1** | **$1.00** |
| 3.7. | **Bank of Texas 3239** | **Checking account** | **3 2 3 9** | **$1.00** |
| 3.8. | **Bank of Texas 3250** | **Checking account** | **3 2 5 0** | **$1.00** |
| 3.9. | **Bank of Texas 3261** | **Checking account** | **3 2 6 1** | **$1.00** |
| 3.10. | **Bank of Texas 3159** | **Checking account** | **3 1 5 9** | **$66.02** |
| 3.11. | **Bank of Texas 3162** | **Checking account** | **3 1 6 2** | **$5,318.92** |
| 3.12. | **Bank of Texas 3173** | **Checking account** | **3 1 7 3** | **$1.00** |
| 3.13. | **Bank of Texas 3184** | **Checking account** | **3 1 8 4** | **$1.00** |
| 3.14. | **Bank of Texas 3195** | **Checking account** | **3 1 9 5** | **$1.00** |
| 3.15. | **Bank of Texas 3206** | **Checking account** | **3 2 0 6** | **$2.71** |
| 3.16. | **Bank of Texas 3217** | **Checking account** | **3 2 1 7** | **$1.00** |
| 3.17. | **Bank of Texas 3228** | **Checking account** | **3 2 2 8** | **$1.00** |

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

3.18. **Bank of Texas 5179** — **Savings account** — **5 1 7 9** — **$5.56**

4. **Other cash equivalents** *(Identify all)*

4.1 **Stripe Account** — **$93,813.00**

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$109,448.63**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 **NLSV,LLC (Roanoke Warehouse Space)** — **$2,600.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1

8.2

9. **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. **$2,600.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
❑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____ face amount - ____ doubtful or uncollectible accounts =..... ➔

11b. Over 90 days old: ____ face amount - ____ doubtful or uncollectible accounts =..... ➔

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
❑ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

14.2

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1.

15.2.

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

16.2

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | Inventory List-see Supplemental Document 1 | 10/01/2026 MM / DD / YYYY | $73,309.27 | Market Price (25% discount from cost) | $54,981.95 |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | | | |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. **$54,981.95**

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ❑ Yes. Book value ________ Valuation method ________ Current value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ❑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
- ❑ No
- ❑ Yes. Is any of the debtor's property stored at the cooperative?
  - ❑ No
  - ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ❑ No
- ❑ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ❑ No
- ❑ Yes

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Warehouse: desk, chair, and file cabinet | $250.00 | | $250.00 |
| Warehouse: 30 ft heavy-duty shelving | $100.00 | | $100.00 |
| Warehouse: lightweight shelving | $400.00 | | $400.00 |
| Office space: Nine workstations | unknown | estimated | $270.00 |
| Work space: bookshelf | $75.00 | | $75.00 |
| Work space: books | unknown | | $20.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office space: three HP laptops | $600.00 | | $600.00 |
| Office space: leased laptops | $0.00 | | $0.00 |
| Office space: leased Toshiba printer | $0.00 | | $0.00 |
| Office space: Twenty monitors | $800.00 | | $800.00 |
| Warehouse: two pallet jacks | $1,000.00 | | $1,000.00 |
| Warehouse: 2 wheeled dollies | $200.00 | | $200.00 |
| Warehouse: 10 Rolling basket carts: 10 x $20 | $200.00 | | $200.00 |
| Office space: mini-fridge, and coffee maker | $100.00 | | $100.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. **$4,015.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **1991 LoadTrail Flatbed trailer** | **$2,136.00** | | **$2,136.00** |
| 48.2 **TA Enclosed Cargo Trailer FC7X14TA-73SF** | **$4,975.00** | | **$4,975.00** |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2017 Hyundai 30LC-7S (Forklift)** | **$4,500.00** | | **$4,500.00** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$11,611.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 9: Real property

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Warehouse / 11975 Cleveland Gibbs Rd. Roanoke, TX 76262** | **Leasehold** | **unknown** | | **$0.00** |
| 55.2 **Commercial Space / 1560 E. Southlake Blvd. Southlake, TX 76092** | **Leasehold** | **unknown** | | **$0.00** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| **website www.adventair.com** | **$0.00** | **estimated value** | **$100.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer list** | **unknown** | **estimated value** | **$100.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. **$200.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
Total face amount – doubtful or uncollectible amount = ➔

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax year
Tax year
Tax year

73. **Interests in insurance policies or annuities**
**AMTRUST General Liability and Vehicle Insurance** **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**
**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**
**Amount requested**

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$109,448.63** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,600.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$54,981.95** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,015.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$11,611.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$200.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** *Add lines 80 through 90 for each column* 91a. | **$182,856.58** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. **$182,856.58**

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (if known): **26-44777-11**

❑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 | $136,376.31 | unknown |

**2.1 Creditor's name**

Lawrence Funding Group

**Creditor's mailing address**

6500 W. 65th St., Unit 204

Chicago, IL 60638

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $147,981.50

Debtor **Advent Air Conditioning, Inc.**
Name

Case number (if known) **26-44777-11**

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.2** **Creditor's name**
The County of Denton, Texas

**Creditor's mailing address**
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 7 8 5 3

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ______

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Personal Property Taxes

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: **$11,605.19**

Column B: **unknown**

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-44777-11**

❏ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ❏ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: **IRS**, **Special Procedures-Insolvency**, **PO Box 7346**, **Philadelphia, PA 19101**<br>Date or dates debt was incurred: ______<br>Last 4 digits of account number ______<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>❏ Contingent<br>❏ Unliquidated<br>☑ Disputed<br>Basis for the Claim: **Payroll taxes owed for 2025 & 2026**<br>Is the claim subject to offset?<br>☑ No<br>❏ Yes | **$391,434.76** | **$391,434.76** |
| **2.2** Priority creditor's name and mailing address: **Texas Comptroller of Public Accounts**, **Office of the Attorney General C/O Bankruptcy - Collections Division MC-008**, **PO Box 12548**, **Austin, TX 78711-2548**<br>Date or dates debt was incurred: ______<br>Last 4 digits of account number **9 4 9 5**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>❏ Contingent<br>❏ Unliquidated<br>☑ Disputed<br>Basis for the Claim: **Franchise or Sales Tax**<br>Is the claim subject to offset?<br>☑ No<br>❏ Yes | **$0.00** | **$0.00** |

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

**Part 1: Additional Page**

**2.3** **Priority creditor's name and mailing address**
**Texas Comptroller of Public Accounts**
**Lyndon B. Johnson State Office Building**
**111 East 17th Street**
**Austin, TX 78774**

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 4 9 5

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Franchise Tax**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$0.00** **$0.00**

**2.4** **Priority creditor's name and mailing address**
**TEXAS WORKFORCE COMMISSION**
**OFFICE OF ATTORNEY GENERAL BK/COLLECTIONS**
**P.O. BOX 12548, MC008**
**AUSTIN, TX 787112548**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Unemployment fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$4,000.00** **$4,000.00**

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Acuity Insurance
2800 S. Taylor Dr.
Sheboygan, WI 53081

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance

**Amount of claim:** $35,678.42

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 6 5 9 8

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Air Gas
896 S. Mill St
Lewisville, TX 75057

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Amount of claim:** $4,934.64

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 8 5 0 9

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Baker Distributing Company
14610 Breakers Drive
Jacksonville, FL 32258

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Amount of claim:** $1,689.53

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 2 0 9 2

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Amount of claim:** $13,749.04

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 5 2 8 8

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Advent Air Conditioning, Inc.**
Name

Case number *(if known)* **26-44777-11**

**Part 2: Additional Page**

**3.5 Nonpriority creditor's name and mailing address**

**BlueVine Capital Inc.**
**30 Montgomery St, Suite 1400 300**
**Jersey City, NJ 07302**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Line of Credit

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$182,314.14**

**3.6 Nonpriority creditor's name and mailing address**

**Bryson Dechambeau**
**c/o SHAW WELCH POWELL**
**2723 Fairmount Street**
**Dallas, TX 75201**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Remarks:** See settlement documents

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Maintenance Contract

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$0.00**

**3.7 Nonpriority creditor's name and mailing address**

**Carrier Enterprise, LLC**
**PO Box 730246**
**Dallas, TX 75373**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 3 2 6 7

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$115,981.66**

**3.8 Nonpriority creditor's name and mailing address**

**Corporate Turnaround**
**95 State Rte 17**
**Paramus, NJ 07652**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**unknown**

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

**Part 2: Additional Page**

**3.9 Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services Inc
for Toshiba Financial Services
PO Box 41602
Philadelphia, PA 19101

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 8 7 3 2

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$920.88**

**3.10 Nonpriority creditor's name and mailing address**

Enterprise Fleet
4201 State Hwy 161,
Ste. 110
Irving, TX 75038

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 8 0 7 5

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Truck Fleet Lease

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$60,819.54**

**3.11 Nonpriority creditor's name and mailing address**

Fora Financial Warehouse, LLC
1385 Broadway 15th Floor
New York, NY 10018

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$118,560.00**

**3.12 Nonpriority creditor's name and mailing address**

FundBox
5760 Legacy Dr, Ste B3-535
Plano, TX 75024

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Line of Credit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$9,901.60**

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

**Part 2: Additional Page**

**3.13 Nonpriority creditor's name and mailing address**
**Home Depot Credit Services**
**PO Box 78011**
**Phoenix, AZ 85062**

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 7 0 2

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,511.07**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**Iron Mountain**
**PO Box 915004**
**Dallas, TX 75391**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**John Delavega**
**3901 Aquatic Drive**
**Carrollton, TX 75007**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,657.00**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**JPMorgan Chase Bank, N.A.**
**s/b/m/t Chase Bank USA, N.A.**
**c/o National Bankruptcy Services, LLC**
**P.O. Box 9013**
**Addison, TX 75001**

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 1 1 9

**As of the petition filing date, the claim is:** *Check all that apply.* **$86,343.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Advent Air Conditioning, Inc.**
Name

Case number *(if known)* **26-44777-11**

**Part 2: Additional Page**

**3.17 Nonpriority creditor's name and mailing address**
Millstone Funding
74th St 3rd Floor
Elmhurst, NY 11373

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$138,000.00**

**3.18 Nonpriority creditor's name and mailing address**
Nationwide Inbound
50 W. Douglas St., Ste. 1200
Freeport, IL 61032

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$4,005.16**

**3.19 Nonpriority creditor's name and mailing address**
Outbound360
1703 Cross Creek Ln
Cleburne, TX 76033

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$13,667.00**

**3.20 Nonpriority creditor's name and mailing address**
Profit Matters
3960 FM 2181
Suite 120
Hickory Creek, TX 75065

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accounting Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$5,628.15**

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

**Part 2: Additional Page**

**3.21 Nonpriority creditor's name and mailing address**
Progressive County Mutual Ins. Co.
PO Box 94739
Cleveland, OH 44101

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,249.00**
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Insurance-Fleet Leased Vehicles

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.22 Nonpriority creditor's name and mailing address**
Rowan Advance
69 Marshall Dr.
Edison, NJ 08817

**As of the petition filing date, the claim is:** *Check all that apply.* **$81,813.60**
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Merchant Cash Advance

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.23 Nonpriority creditor's name and mailing address**
Shearer Supply
2055 Luna Rd., Ste 182
Carrollton, TX 75006

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,186.74**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Vendor

**Date or dates debt was incurred** ___

**Last 4 digits of account number** 3 1 7 5

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.24 Nonpriority creditor's name and mailing address**
Truist Bank, Support Services
PO Box 849
Wilson, NC 27894

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,020.21**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred** ___

**Last 4 digits of account number** 2 1 6 6

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor **Advent Air Conditioning, Inc.** Case number (*if known*) **26-44777-11**
Name

**Part 2: Additional Page**

**3.25 Nonpriority creditor's name and mailing address**
U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 4 7 1

**As of the petition filing date, the claim is:** **$34,877.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26 Nonpriority creditor's name and mailing address**
Unifirst Corporation
920 Minters Chapel Rd.
Grapevine, TX 76051

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 6 1 0

**As of the petition filing date, the claim is:** **$2,357.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
VariSpace Southlake
1900 W. Kirkwood Blvd.
Southlake, TX 76092

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$24,841.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Lease agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28 Nonpriority creditor's name and mailing address**
Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 3 7 6

**As of the petition filing date, the claim is:** **$90,307.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Line of Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**3.29 Nonpriority creditor's name and mailing address**

Winsupply Dallas TX CO.
c/o Jameson & Dunagan PC
5429 LBJ Freeway Suite 300
Dallas, TX 75240

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$9,010.57**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **Advent Air Conditioning, Inc.** Case number *(if known)* **26-44777-11**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$395,434.76** |
| 5b. **Total claims from Part 2** | 5b. | + | **$1,113,725.43** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,509,160.19** |

Fill in this information to identify the case:

Debtor name: Advent Air Conditioning, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-44777-11 Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Insurance | Acuity Insurance<br>2800 S. Taylor Dr.<br>Sheboygan, WI 53081 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | HVAC Maintenance contract<br>Contract to be REJECTED | Bryce Huntt<br>Finemark Bank<br>3079 Parr Lane<br>Grapevine, TX 76051 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse lease space<br>Contract to be REJECTED | CubeWork-Coppell<br>850 N. Lake Dr.<br>Coppell, TX 75019 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Truck fleet lease<br>Contract to be REJECTED | Enterprise Fleet<br>4201 State Hwy 161, Ste. 110<br>Irving, TX 75038 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease. Contract to be ASSUMED and remain month-to-month. | Lucid Private Offices<br>4131 N. Central Expressway Suite 900<br>Dallas, TX 75204 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Advent Air Conditioning, Inc.** Case number (if known) **26-44777-11**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease. Contract to be ASSUMED | NLSV, LLC<br>PO Box 3203<br>Coppell, TX 75019 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Uniform rental<br>Contract to be REJECTED | Unifirst<br>920 Minters Chapel Rd.<br>Grapevine, TX 76051 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Former office space lease | VariSpace Southlake<br>1900 W. Kirkwood Blvd.<br>Southlake, TX 76092 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Advent Air Conditioning, Inc.** Case number (if known) **26-44777-11**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (If known): **26-44777-11**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jared Douglas** | **1104 Parkdale Dr.** (Street)<br>**Argyle, TX 76226** (City, State, ZIP Code) | **Carrier Enterprise, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Lawrence Funding Group** | ☑ D ☐ E/F ☐ G |
| | | | **Millstone Funding** | ☐ D ☑ E/F ☐ G |
| | | | **Rowan Advance** | ☐ D ☑ E/F ☐ G |
| 2.2 | **Michael Douglas** | **6375 Faught Rd.** (Street)<br>**Argyle, TX 76226** (City, State, ZIP Code) | **Wells Fargo Business** | ☐ D ☑ E/F ☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Debtor **Advent Air Conditioning, Inc.** Case number (if known) **26-44777-11**
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-44777-11** Chapter **11**

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*............ **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............ **$182,856.58**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............ **$182,856.58**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ **$147,981.50**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............ **$395,434.76**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ **+ $1,113,725.43**

4. **Total liabilities**............ **$1,657,141.69**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **26-44777-11**

❑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ❑ *Amended Schedule* ____________________
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/24/2026**
MM/ DD/ YYYY

✗ **/s/ Jared Douglas**
Signature of individual signing on behalf of debtor

**Jared Douglas**
Printed name

**President & CEO**
Position or relationship to debtor