NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Advent Air Conditioning, Inc.

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Advent Air Conditioning, Inc.**<br>1560 E. Southlake Blvd.<br>Southlake, TX 76092<br>EIN: 75-1935949<br><br>**Debtor** | **Case No. 26-44777-mxm11**<br><br>**Chapter 11**<br><br>**[Subchapter V Case]** |

**APPLICATION TO EMPLOY NORRED LAW PLLC**
**AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ROOM 147, U.S. COURTHOUSE, 501 W. TENTH STREET, FORT WORTH, TEXAS 76102 BEFORE CLOSE OF BUSINESS ON DECEMBER 18, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Advent Air Conditioning, Inc. ("Advent Air" or the "Debtor"), files this *Application to Employ Norred Law PLLC as Counsel to the Debtor and Debtor-in-Possession* (the "Application"), and would respectfully show the following:

## I. JURISDICTION & VENUE

1. This United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The requested relief is based on 11 U.S.C. §§ 105, 327, 329, and 330, Federal Rules of Bankruptcy Procedure 2014 and 2016, and Local Bankruptcy Rule 2016-1.

## II. BACKGROUND

3. On October 27, 2026 (the "Petition Date"), the Debtor filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtor is a small business debtor and elected to proceed under Subchapter V of Chapter 11, 11 U.S.C. §§ 1181–1195.

4. The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to 11 U.S.C. §§ 1107, 1108, and 1184.

5. The Debtor operates a heating, ventilation, and air conditioning (HVAC) services business in the Dallas-Fort Worth area, providing installation, repair, and maintenance services to a residential customer base. The Debtor employs a workforce of W-2 employees who are either hourly or salaried.

## III. RELIEF REQUESTED

6. The Debtor desires to employ and retain the law firm of Norred Law, PLLC ("Norred Law") as its counsel in this bankruptcy proceeding pursuant to sections 327(a) and 330 of the Bankruptcy Code and seeks an order approving the retention of Norred Law. The Debtor needs to employ Norred Law to allow it to comply with its duties and obligations as debtor-in-

possession and to realize its objective of maximizing the value of the bankruptcy estate via a restructuring plan if a sale is not accomplished, and to safeguard the interests of the estate in this case. Contemporaneously with the filing of the Application, Norred Law is filing the *Declaration Under Penalty of Perjury of Warren V. Norred in Support of the Application to Employ Norred Law PLLC as Counsel to Advent Air Conditioning, Inc.*.

7. The Debtor believes Norred Law is well-qualified to represent it in connection with this case due to the firm's experience in bankruptcy law and other general business and corporate expertise. In addition, Norred Law was engaged before the Petition Date to advise and assist with the Debtor's preparation of this bankruptcy filing.

8. Norred Law was retained on or about October 1, 2026, and has been heavily involved in assisting and advising the Debtor with the matters relating to this bankruptcy proceeding. Norred Law has gained knowledge of the Debtor's business operations and objectives for this case. The Debtor believes this experience and knowledge will be integral to the restructuring of the Debtor's business. Accordingly, the Debtor wishes to retain Norred Law to assist in this case.

## IV. GENERAL SCOPE OF EMPLOYMENT

9. Norred Law will render the following services to the Debtor:

a. To advise the Debtor of its powers and duties in the management of its property;

b. To attend meetings and negotiate with representatives of creditors and other parties in interest;

c. To assist the Debtor in preparation of all administrative documents required to be filed or prepared herein, and to prepare, on behalf of the Debtor, all necessary applications, motions, responses, answers, orders, reports, and other legal documents as applicable;

d. To take such actions as is necessary to preserve the assets and interests of the estate, including prosecution of actions on behalf, defending any action

commenced against the Debtor and representing the Debtor interest concerning all litigation in which the Debtor is involved, including objections to claims filed against the estate;

e. To advise the Debtor in connection with any potential sale of assets;

f. To assist the Debtor in formulating a disclosure statement, and in the formulation and confirmation of a plan of reorganization;

g. To appear before the Court and the United States Trustee, and to protect the interest of the Debtor estate before the Court and Trustee;

h. To perform any and all other legal services that may be necessary to protect the rights and interests of the Debtor in the proceeding and any actions later commenced in this chapter 11 case.

10. Subject to approval by the Court, Norred Law will charge the Debtor for its professional services as follows:

a. Norred Law will charge its standard hourly rates for the duration of this engagement, which are presently as follows: Attorneys $325 to $525; Paraprofessionals $75 to $200;

b. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged in this district;

c. Before the commencement of this case, Norred Law received a total of $16,738.00 from the Debtor, consisting of a $5,000.00 non-refundable deposit, a $10,000.00 retainer, and $1,738.00 to cover the filing fee for the petition commencing this case. The full retainer was received and drawn on for services rendered and expenses incurred before the Petition Date, and Norred Law holds no unapplied retainer balance;

d. In addition to compensation for services rendered, Norred Law will be reimbursed for all reasonable out-of-pocket expenses incurred relating directly to work performed from the Debtor. Examples of such expenses could include clerical supplies and services, and telephone, fax, and photocopy charges. Norred Law only charges actual amounts incurred in connection with such expenses;

e. Norred Law will seek compensation of its fees and expenses on a final basis under § 330(a), the local rules, and other applicable orders of this Court; and,

f. Norred Law and its professionals will keep track of their billings on a tenth of an hour basis.

11. Norred Law intends to apply to the Court for compensation and reimbursement of expenses under applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Local Rules, and Orders of this Court.

12. As of the Petition Date, the Debtor does not owe Norred Law for legal services rendered or expenses provided before the Petition Date.

13. Norred Law and its professionals, to the best of its knowledge, do not represent any interest materially adverse to the Debtor, its creditors, the United States Trustee, any person employed by the Office of the United States Trustee or any other party in interest.

14. Norred Law has informed the Debtor that Norred Law may have and may continue to provide legal advice with parties other than the Debtor, but that Norred Law does not presently represent any party that has a conflict of interest with the Debtor. Moreover, Norred Law will not represent any person or entity in a transaction with the Debtor that may conflict with Norred Law's representation of the Debtor in this chapter 11 case.

15. Accordingly, the Debtor believes that Norred Law is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code. The employment of Norred Law would be in the best interest of the Debtor, its estate, and its creditors.

## V. NOTICE

16. Frances Smith has been appointed as the Subchapter V trustee in this case (the "Subchapter V Trustee"). Notice of this Application has been provided to (a) the U.S. Trustee; (b) the Subchapter V Trustee; (c) the twenty largest unsecured creditors of the bankruptcy estate; (d) those persons who have formally appeared and requested notice of this case under Bankruptcy Rule 2002; and (e) the Internal Revenue Service and other governmental agencies required to receive notice under the Bankruptcy Rules and Local Rules.

WHEREFORE, the Debtor Advent Air Conditioning, Inc. asks this Court to enter an Order (1) authorizing the employment of Norred Law PLLC as counsel for Debtor and Debtor-in-Possession in this case; (2) authorizing Norred Law PLLC to be compensated at its standard hourly rates subject to applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rule 2016-1, and other orders of this Court; and (3) awarding the Debtor such other and further relief as this Court may deem just and proper.

DATED: November 24, 2026.

Respectfully submitted,

Advent Air Conditioning, Inc.

AuthentiSIGN
Jared Douglas 11/24/26

Jared Douglas, President and CEO
of Advent Air Conditioning, Inc.

By: /s/ Clayton L. Everett
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border Street; Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for the Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, a true and correct copy of the foregoing Application, together with the Declaration of Warren V. Norred and the proposed order, was served electronically through the Court's CM/ECF system on all parties registered to receive electronic notice in this case, including the Office of the United States Trustee and Frances Smith, Subchapter V Trustee, and by first-class United States mail, postage prepaid, on the Debtor and on all parties listed on the attached service list, including the Debtor's twenty largest unsecured creditors.

/s/ Clayton L. Everett
Clayton L. Everett

Label Matrix for local noticing
0539-4
Case 26-44777-mxm11
Northern District of Texas
Ft. Worth
Tue Nov 24 15:42:11 CST 2026

Advent Air Conditioning, Inc.
1560 E. Southlake Blvd.
Southlake, TX 76092-6456

AmTrust North America, Inc.
800 Superior Avenue
Cleveland, OH 44114-2613

Lewisville ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

NLSV LLC
PO Box 3203
Coppell, TX 75019-4293

The County of Denton, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

501 W. Tenth Street
Fort Worth, TX 76102-3637

Acuity Insurance
2800 S. Taylor Dr.
Sheboygan, WI 53081-8474

Air Gas
896 S. Mill St
Lewisville, TX 75057-4686

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Baker Distributing Company
14610 Breakers Drive
Jacksonville, FL 32258-6468

Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796

BlueVine Capital Inc.
30 Montgomery St, Suite 1400 300
Jersey City, NJ 07302-3829

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Bryce Huntt
Finemark Bank
3079 Parr Lane
Grapevine, TX 76051-5602

Bryson Dechambeau
c/o SHAW WELCH POWELL
2723 Fairmount Street
Dallas, TX 75201-1912

C T Corporation System
Attn: SPRS
330 N. Brand Blvd. Ste 700
Glendale, CA 91203-2336

Caddie Services
18720 Mack Ave Suite 210
Grosse Pointe, MI 48236-2991

Carrier Enterprise, LLC
PO Box 730246
Dallas, TX 75373-0246

Codefied, Inc. d/b/a Housecall Pro
12651 High Bluff Drive Ste 130
San Diego, CA 92130-2024

Codefied, Inc. d/b/a Housecall Pro
12651 High Bluff Drive Ste 150
San Diego, CA 92130-2024

Corporate Turnaround
95 State Rte 17
Paramus, NJ 07652-2626

CubeWork-Coppell
850 N. Lake Dr.
Coppell, TX 75019-4713

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Department of Justice Tax
1700 Pacific Ave. Suite 3700
Dallas, TX 75201-4656

Enterprise Fleet
4201 State Hwy 161, Ste. 110
Irving, TX 75038-1477

Financial Agent Services
P.O. Box 2576
Springfield, IL 62708-2576

Financial Agent Services c/o Corporation Ser
251 Little Falls Drive
Wilmington, DE 19808-1674

Fora Financial Warehouse, LLC
1385 Broadway 15th Floor
New York, NY 10018-6015

(p)FUNDBOX INC
300 MONTGOMERY ST
SUITE 900
SAN FRANCISCO CA 94104-1921

Geotab Inc.
621 North Avenue Northeast Suite C-170
Atlanta, GA 30308-2865

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1100 Commerce Street
MC5027 DAL
Dallas, TX 75242

Iron Mountain
PO Box 915004
Dallas, TX 75391-5004

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001-9013

Jared Douglas
1104 Parkdale Dr.
Argyle, TX 76226-1791

John Delavega
3901 Aquatic Drive
Carrollton, TX 75007-1231

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102-2833

Lawrence Funding Group
6500 W. 65th St., Unit 204
Chicago, IL 60638-4962

Lewisville ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Lewisville ISD
c/o Linebarger Goggan Blair & Sampson, L
Attn: John Kendrick Turner
3500 Maple Ave Ste 800
Dallas, TX 75219-3959

Linebarger Goggan Blair & Sampson, LLP
1101 W 120th Ave. Suite 215
Broomfield, CO 80021

Lucid Private Offices
4131 N. Central Expressway Suite 900
Dallas, TX 75204-2120

MRCH, Inc.
PO Box 260118
Plano, TX 75026-0118

MRCH, Inc.
c/o Melanie Gee, Registered Agent
5139 Monticello Ave
Dallas, TX 75206-6033

Madeb Law, PLLC
Attn: Isaac Akerman, Esq
1202 Avenue U #1287
Brooklyn, NY 11229-4107

Millstone Funding
74th St 3rd Floor
Elmhurst, NY 11373

Millstone Funding Inc.
101 Sinn Street
Patchogue, NY 11772-1771

NLSV LLC
Attn: Ted Kass
P.O. Box 3203
Coppell, TX 75019-4293

Nationwide Inbound
50 W. Douglas St., Ste. 1200
Freeport, IL 61032-4142

Outbound360
1703 Cross Creek Ln
Cleburne, TX 76033-1217

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010-7457

Profit Matters
3960 FM 2181 Suite 120
Hickory Creek, TX 75065-7800

Progressive County Mutual Ins. Co.
PO Box 94739
Cleveland, OH 44101-4739

ReadySpaces
11410 Mathis Avenue
Farmers Branch, TX 75234-9407

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196-0206

Rowan Advance
69 Marshall Dr.
Edison, NJ 08817-2910

Security National Insurance Company
4455 LBJ Freeway Ste 700
Dallas, TX 75244-5932

Shearer Supply
2055 Luna Rd., Ste 182
Carrollton, TX 75006-6466

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Stripe, LLC
1209 Orange Street
Wilmington, DE 19801-1120

TEXAS WORKFORCE COMMISSION
OFFICE OF ATTORNEY GENERAL
BK/COLLECTIONS
P.O. BOX 12548, MC008
AUSTIN, TX 787112548

Technology Insurance Company, Inc.
59 Maiden Lane
New York, NY 10038-4502

Technology Insurance Company, Inc.
800 Superior Avenue East 21st Floor
Cleveland, OH 44114-2601

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Archives Inc
930 N Bowser Rd
Richardson, TX 75081-2869

Texas Comptroller of Public Accounts
Office of the Attorney General
C/O
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

Trane U.S. Inc.
15 Century Blvd. Ste 202
Nashville, TN 37214-3692

Truist Bank, Support Services
PO Box 849
Wilson, NC 27894-0849

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

Unifirst Corporation
920 Minters Chapel Rd.
Grapevine, TX 76051-4135

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Utica National Insurance Group
180 Genesee Street
New Hartford, NY 13413-2299

VariSpace Southlake
1900 W. Kirkwood Blvd.
Southlake, TX 76092-2234

Wells Fargo Bank, N.A.
5595 Trillium Blvd.
Hoffman Estates, IL 60192-3405

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Commercial Distribution Finance,
5595 Trillium Blvd.
Hoffman Estates, IL 60192-3405

Wells Fargo Commercial Distribution Finance,
P.O. Box 958067
Hoffman Estates, IL 60195-8067

Winsupply Dallas TX CO.
c/o Jameson & Dunagan PC
5429 LBJ Freeway Suite 300
Dallas, TX 75240-2645

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

Frances A. Smith (SBRA V)
Ross & Smith, PC
700 N Pearl St, Suite 1610
Dallas, TX 75201-7459

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services Inc<br>for Toshiba Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101 | FundBox<br>5760 Legacy Dr, Ste B3-535<br>Plano, TX 75024 | Home Depot Credit Services<br>PO Box 78011<br>Phoenix, AZ 85062 |
| State Comptroller<br>Revenue Accounting Division<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>111 East 17th Street<br>Austin, TX 78774 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO 63166-0108 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)United States Of America Internal Revenue | (d)The County of Denton, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | End of Label Matrix<br>Mailable recipients 85<br>Bypassed recipients 2<br>Total 87 |