NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Counsel for Advent Air Conditioning, Inc.

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Advent Air Conditioning, Inc.**<br>1560 E. Southlake Blvd.<br>Southlake, TX 76092<br>EIN: 75-1935949<br><br>**Debtor** | **Case No. 26-44777-mxm11**<br><br>**Chapter 11**<br><br>**Subchapter V Case**<br><br>**Final Hearing:**<br>**December 10, 2026, at 1:30 p.m.** |

## NOTICE OF FINAL HEARING

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that, under the Court's *Second Interim Order (I) Extending the Interim Period Under the Interim Cash Collateral Order, (II) Approving Truck-Rental Variance, (III) Continuing the Final Hearing, and (IV) Resetting Related Deadlines* [ECF No. 40] (the "Second Interim Order"), the final hearing on the *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Directing Release of Estate Funds Held by Payment Processor, (IV) Authorizing Payment of Prepetition Wages, Payroll Taxes, and Benefits, and (V) Scheduling a Final Hearing* [ECF No. 6] (the "Cash Collateral Motion") filed by Advent Air Conditioning, Inc. (the "Debtor") is set for **Thursday, December 10, 2026, at 1:30 p.m. (CST)** (the "Final Hearing") before the Honorable Mark X. Mullin, United States Bankruptcy Judge, 501 W. Tenth Street, Room 128, Fort Worth, Texas, 76102 via WebEx, information below:

**For WebEx Video Participation/Attendance:**
**Link: https://us-courts.webex.com/meet/mullin**
**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**
**Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

The Debtor may file a revised proposed final order or budget (with a redline) by **December 4, 2026**.

Any objections to the proposed final order or budget must be filed and served on Debtor's counsel no later than **December 8, 2026, at 5:00 p.m. (CST).**

DATED: November 25, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett

Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Proposed Counsel for Debtor
and Debtor-in-Possession