UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ADVENT AIR CONDITIONING, INC

CASE NO: 26-44777-mxm

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

ECF Docket Reference No. 40

On 11/25/2026, I did cause a copy of the following documents, described below,

ECF 40 - 2nd Interim Order with Exhibit A-FinalBudget ECF Docket Reference No. 40

ECF 41 - Notice of Final Hearing ECF Docket Reference No. 41

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2026

/s/ Clayton L. Everett
Clayton L. Everett 24065212
Attorney for Debtor
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>ADVENT AIR CONDITIONING, INC | CASE NO: 26-44777-mxm<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 40 |

On 11/25/2026, a copy of the following documents, described below,

ECF 40 - 2nd Interim Order with Exhibit A-FinalBudget ECF Docket Reference No. 40

ECF 41 - Notice of Final Hearing ECF Docket Reference No. 41

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-44777-MXM
NORTHERN DISTRICT OF TEXAS
WED NOV 25 10-25-35 PST 2026

DEBTOR

ADVENT AIR CONDITIONING INC
1560 E SOUTHLAKE BLVD
SOUTHLAKE TX 76092-6456

AMTRUST NORTH AMERICA INC
800 SUPERIOR AVENUE
CLEVELAND OH 44114-2613

LEWISVILLE ISD
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959

NLSV LLC
PO BOX 3203
COPPELL TX 75019-4293

THE COUNTY OF DENTON TEXAS
CO MCCREARY VESELKA BRAGG ALLEN
PO BOX 1269
ROUND ROCK TX 78680-1269

~~EXCLUDE~~

~~(U)UNITED STATES OF AMERICA INTERNAL REVENUE SE~~

~~EXCLUDE~~

~~501 W TENTH STREET~~
~~FORT WORTH TX 76102-3637~~

ACUITY INSURANCE
2800 S TAYLOR DR
SHEBOYGAN WI 53081-8474

AIR GAS
896 S MILL ST
LEWISVILLE TX 75057-4686

ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

BAKER DISTRIBUTING COMPANY
14610 BREAKERS DRIVE
JACKSONVILLE FL 32258-6468

BANK OF AMERICA
BUSINESS CARD
PO BOX 15796
WILMINGTON DE 19886-5796

BLUEVINE CAPITAL INC
30 MONTGOMERY ST SUITE 1400 300
JERSEY CITY NJ 07302-3829

BRACKETT ELLIS
100 MAIN ST
FORT WORTH TX 76102-3008

BRYCE HUNTT
FINEMARK BANK
3079 PARR LANE
GRAPEVINE TX 76051-5602

BRYSON DECHAMBEAU
CO SHAW WELCH POWELL
2723 FAIRMOUNT STREET
DALLAS TX 75201-1912

C T CORPORATION SYSTEM
ATTN SPRS
330 N BRAND BLVD STE 700
GLENDALE CA 91203-2336

CADDIE SERVICES
18720 MACK AVE SUITE 210
GROSSE POINTE MI 48236-2991

CARRIER ENTERPRISE LLC
PO BOX 730246
DALLAS TX 75373-0246

CODEFIED INC DBA HOUSECALL PRO
12651 HIGH BLUFF DRIVE STE 130
SAN DIEGO CA 92130-2024

CODEFIED INC DBA HOUSECALL PRO
12651 HIGH BLUFF DRIVE STE 150
SAN DIEGO CA 92130-2024

CORPORATE TURNAROUND
95 STATE RTE 17
PARAMUS NJ 07652-2626

CUBEWORKCOPPELL
850 N LAKE DR
COPPELL TX 75019-4713

(P)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

DEPARTMENT OF JUSTICE TAX
1700 PACIFIC AVE SUITE 3700
DALLAS TX 75201-4656

ENTERPRISE FLEET
4201 STATE HWY 161 STE 110
IRVING TX 75038-1477

FINANCIAL AGENT SERVICES
PO BOX 2576
SPRINGFIELD IL 62708-2576

FINANCIAL AGENT SERVICES CO CORPORATION SER
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

FORA FINANCIAL WAREHOUSE LLC
1385 BROADWAY 15TH FLOOR
NEW YORK NY 10018-6015

(P)FUNDBOX INC
300 MONTGOMERY ST
SUITE 900
SAN FRANCISCO CA 94104-1921

GEOTAB INC
621 NORTH AVENUE NORTHEAST SUITE C170
ATLANTA GA 30308-2865

(P)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
1100 COMMERCE STREET
MC5027 DAL
DALLAS TX 75242

IRON MOUNTAIN
PO BOX 915004
DALLAS TX 75391-5004

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TX 75001-9013

JARED DOUGLAS
1104 PARKDALE DR
ARGYLE TX 76226-1791

JOHN DELAVEGA
3901 AQUATIC DRIVE
CARROLLTON TX 75007-1231

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

LAWRENCE FUNDING GROUP
6500 W 65TH ST UNIT 204
CHICAGO IL 60638-4962

LEWISVILLE ISD
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO JOHN K TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959

LEWISVILLE ISD
CO LINEBARGER GOGGAN BLAIR SAMPSON L
ATTN JOHN KENDRICK TURNER
3500 MAPLE AVE STE 800
DALLAS TX 75219-3959

LINEBARGER GOGGAN BLAIR SAMPSON LLP
1101 W 120TH AVE SUITE 215
BROOMFIELD CO 80021

LUCID PRIVATE OFFICES
4131 N CENTRAL EXPRESSWAY SUITE 900
DALLAS TX 75204-2120

MRCH INC
PO BOX 260118
PLANO TX 75026-0118

MRCH INC
CO MELANIE GEE REGISTERED AGENT
5139 MONTICELLO AVE
DALLAS TX 75206-6033

MADEB LAW PLLC
ATTN ISAAC AKERMAN ESQ
1202 AVENUE U 1287
BROOKLYN NY 11229-4107

MILLSTONE FUNDING
74TH ST 3RD FLOOR
ELMHURST NY 11373

MILLSTONE FUNDING INC
101 SINN STREET
PATCHOGUE NY 11772-1771

NLSV LLC
ATTN TED KASS
PO BOX 3203
COPPELL TX 75019-4293

NATIONWIDE INBOUND
50 W DOUGLAS ST STE 1200
FREEPORT IL 61032-4142

OUTBOUND360
1703 CROSS CREEK LN
CLEBURNE TX 76033-1217

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON TX 76010-7457

PROFIT MATTERS
3960 FM 2181 SUITE 120
HICKORY CREEK TX 75065-7800

PROGRESSIVE COUNTY MUTUAL INS CO
PO BOX 94739
CLEVELAND OH 44101-4739

READYSPACES
11410 MATHIS AVENUE
FARMERS BRANCH TX 75234-9407

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH TX 76196-0206

ROWAN ADVANCE
69 MARSHALL DR
EDISON NJ 08817-2910

SECURITY NATIONAL INSURANCE COMPANY
4455 LBJ FREEWAY STE 700
DALLAS TX 75244-5932

SHEARER SUPPLY
2055 LUNA RD STE 182
CARROLLTON TX 75006-6466

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

STRIPE LLC
1209 ORANGE STREET
WILMINGTON DE 19801-1120

TEXAS WORKFORCE COMMISSION
OFFICE OF ATTORNEY GENERAL
BKCOLLECTIONS
PO BOX 12548 MC008
AUSTIN TX 787112548

TECHNOLOGY INSURANCE COMPANY INC
59 MAIDEN LANE
NEW YORK NY 10038-4502

TECHNOLOGY INSURANCE COMPANY INC
800 SUPERIOR AVENUE EAST 21ST FLOOR
CLEVELAND OH 44114-2601

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

TEXAS ARCHIVES INC
930 N BOWSER RD
RICHARDSON TX 75081-2869

EXCLUDE
(D)(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
CO
BANKRUPTCY - COLLECTIONS DIVISION MC-008
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

EXCLUDE
(D)THE COUNTY OF DENTON TEXAS
CO MCCREARY VESELKA BRAGG ALLEN
PO BOX 1269
ROUND ROCK TX 78680-1269

TRANE US INC
15 CENTURY BLVD STE 202
NASHVILLE TN 37214-3692

TRUIST BANK SUPPORT SERVICES
PO BOX 849
WILSON NC 27894-0849

US ATTORNEYNORTH
3RD FLOOR 1100 COMMERCE ST
DALLAS TX 75242

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US TRUSTEE
1100 COMMERCE ST RM 976
DALLAS TX 75242-0996

UNIFIRST CORPORATION
920 MINTERS CHAPEL RD
GRAPEVINE TX 76051-4135

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

UTICA NATIONAL INSURANCE GROUP
180 GENESEE STREET
NEW HARTFORD NY 13413-2299

VARISPACE SOUTHLAKE
1900 W KIRKWOOD BLVD
SOUTHLAKE TX 76092-2234

WELLS FARGO BANK NA
5595 TRILLIUM BLVD
HOFFMAN ESTATES IL 60192-3405

WELLS FARGO BANK NA
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

WELLS FARGO BUSINESS
PO BOX 29482
PHOENIX AZ 85038-9482

WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE
5595 TRILLIUM BLVD
HOFFMAN ESTATES IL 60192-3405

WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE
PO BOX 958067
HOFFMAN ESTATES IL 60195-8067

WINSUPPLY DALLAS TX CO
CO JAMESON DUNAGAN PC
5429 LBJ FREEWAY SUITE 300
DALLAS TX 75240-2645

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

FRANCES A SMITH (SBRA V)
ROSS SMITH PC
700 N PEARL ST SUITE 1610
DALLAS TX 75201-7459